IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA



FILED
APR 07 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE MATTER OF THE DIVISION OF CIVIL AND
CRIMINAL CASES

GENERAL ORDER 21-14

IT IS HEREBY ORDERED that the Clerk of Court is directed to assign by random draw all cases as set forth below:

|  | Civil | Death Penalty | Criminal A[1] | Criminal B[2] | Criminal C[3] |
|---|---|---|---|---|---|
| Judge Dowdell | 18 in 75 | 2 in 7 | 4 in 14 | 10 in 35 | 4 in 14 |
| Judge Eagan | 18 in 75 | 2 in 7 | 4 in 14 | 10 in 35 | 4 in 14 |
| Judge Frizzell | 18 in 75 | 2 in 7 | 4 in 14 | 10 in 35 | 4 in 14 |
| Judge Heil | 9 in 75 | 1 in 7 | 2 in 14 | 5 in 35 | 2 in 14 |
| Judge Kern | 12 in 75 | none | none | none | none |

IT IS HEREBY ORDERED that the Clerk of Court is directed to assign to the magistrate judges by random draw all Social Security cases as set forth below:

Social Security Cases

| | |
|---|---|
| Judge Jayne | 5 in 15 |
| Judge Little | 5 in 15 |
| Judge Huntsman | 5 in 15 |

If any of the parties return the consent form, selecting the district judge option, a district judge will be drawn from the regular civil deck.

This order shall be effective April 12, 2021.

IT IS SO ORDERED this 7th day of April, 2021.

_____

[1] Criminal assignments A Involve four or fewer defendants
[2] Criminal assignments B Involve five or more defendants
[3] Criminal assignments C Involve four or fewer defendants where one of the defendants has been charged with Murder under the Major Crimes Act.

_____
JOHN E. DOWDELL
CHIEF UNITED STATES DISTRICT JUDGE

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE

_____
GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE

_____
TERENCE C. KERN
UNITED STATES DISTRICT JUDGE