IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED
APR 1 4 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN RE:
IN THE MATTER OF THE REASSIGNMENT
OF CASES.

GENERAL ORDER 21-15

IT IS HEREBY ORDERED that upon the appointment of Magistrate Judge Susan E. Huntsman, each Magistrate Judge indicated below will be permitted to direct the Clerk of Court to reassign civil cases to Magistrate Judge Huntsman, not to exceed the following number of cases.

|  | Social Security Consent Cases | Social Security Referral Cases | Discovery Referral Cases |
| --- | --- | --- | --- |
| Magistrate Judge Jodi F. Jayne | 14 | 18 | 85 |
| Magistrate Judge Christine D. Little | 14 | 18 | 85 |

The Clerk of Court is directed to maintain a list of the cases transferred and notify each Magistrate Judge when they have reached the limit of cases that may be transferred. A copy of the final transfer list shall be attached to this General Order by the Clerk of Court.

IT IS SO ORDERED this 14th Day of April, 2021.

JOHN E. DOWDELL
CHIEF UNITED STATES DISTRICT JUDGE

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE

TERENCE C. KERN
UNITED STATES DISTRICT JUDGE

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE

## SOCIAL SECURITY CONSENTS

| Case Number | Case Name |
|---|---|
| 4:20-cv-00177-CDL | Clark v. Social Security Administration |
| 4:20-cv-00212-CDL | Thomason v. Social Security Administration |
| 4:20-cv-00292-CDL | Rhoades v. Social Security Administration |
| 4:20-cv-00297-CDL | Moore v. Social Security Administration |
| 4:20-cv-00319-CDL | East v. Social Security Administration |
| 4:20-cv-00345-CDL | Meyer v. Social Security Administration |
| 4:20-cv-00350-CDL | Cresap v. Social Security Administration |
| 4:20-cv-00364-CDL | Ray v. Social Security Administration |
| 4:20-cv-00442-CDL | Neals v. Social Security Administration |
| 4:20-cv-00552-CDL | Gray v. Social Security Administration |
| 4:20-cv-00568-CDL | Harper v. Social Security Administration |
| 4:20-cv-00593-CDL | Toledo v. Social Security Administration |
| 4:20-cv-00664-CDL | Maynor v. Social Security Administration |
| 4:21-cv-00023-CDL | Pinder v. Social Security Administration |

## SOCIAL SECURITY REFERRALS

| Case Number | Case Name |
|---|---|
| 4:20-cv-00218-JED-CDL | Thrailkill v. Social Security Administration |
| 4:20-cv-00228-JED-CDL | Howard v. Social Security Administration |
| 4:20-cv-00274-JED-CDL | Bibbs v. Social Security Administration |
| 4:20-cv-00291-GKF-CDL | Brown v. Social Security Administration |
| 4:20-cv-00293-CVE-CDL | Taylor v. Social Security Administration |
| 4:20-cv-00307-TCK-CDL | Taylor v. Social Security Administration |
| 4:20-cv-00312-JFH-CDL | Fogleman v. Social Security Administration |
| 4:20-cv-00340-CVE-CDL | Moodispaugh v. Social Security Administration |
| 4:20-cv-00349-GKF-CDL | Helmke v. Social Security Administration |
| 4:20-cv-00351-JFH-CDL | Harjo v. Social Security Administration |
| 4:20-cv-00377-TCK-CDL | Kelly v. Social Security Administration |
| 4:20-cv-00427-TCK-CDL | Stotts v. Social Security Administration |
| 4:20-cv-00491-GKF-CDL | Darbyshire v. Social Security Administration |
| 4:20-cv-00496-GKF-CDL | Wolfe v. Social Security Administration |
| 4:20-cv-00522-JFH-CDL | Austin v. Social Security Administration |
| 4:20-cv-00530-JED-CDL | Drew v. Social Security Administration |
| 4:20-cv-00546-CVE-CDL | Born v. Social Security Administration |
| 4:20-cv-00583-JED-CDL | Dixson v. Social Security Administration |

## DISCOVERY REFERRALS

| Case Number | Case Name |
|---|---|
| 4:17-cv-00336-JFH-CDL | Manning v. City of Tulsa et al |
| 4:17-cv-00494-JFH-CDL | TMBRS Property Holdings LLC et al v. Conte et al |
| 4:18-cv-00368-JED-CDL | Ubiquitous Connectivity, LP v. Central Security Group - Nationwide, Inc. |
| 4:18-cv-00673-GKF-CDL | Strauser et al v. Stephen L LaFrance Holdings Inc et al |
| 4:19-cv-00077-JED-CDL | United States of America v. Drummond Ranch LLC et al |
| 4:19-cv-00256-JED-CDL | Casper et al v. Liberty Property Associates L.L.C. |
| 4:19-cv-00259-JFH-CDL | Panepinto v. Compression Solutions, LLC et al |
| 4:19-cv-00300-JFH-CDL | Sands v. Corecivic, Inc. et al |
| 4:19-cv-00417-JED-CDL | Pendleton v Waypoint Resource Group, LLC et al |
| 4:19-cv-00422-JFH-CDL | Burke v. Nissan North America, Inc., et al |
| 4:19-cv-00439-GKF-CDL | Petco Petroleum Corporation v. West et al |
| 4:19-cv-00462-TCK-CDL | Mooney et al v. Regalado et al |
| 4:19-cv-00472-JED-CDL | West et al v. O'Dell et al |
| 4:19-cv-00587-JED-CDL | Lee et al v. Waters et al |
| 4:19-cv-00656-CVE-CDL | Cathey v. Sheriff Vic Regalado |
| 4:19-cv-00690-JED-CDL | Diaz v. Northeastern Oklahoma A&M College et al |
| 4:19-cv-00696-JFH-CDL | Brown v. C.R. England, Inc. et al |
| 4:19-cv-00720-JFH-CDL | West et al v. Rea-Clayborn et al |
| 4:20-cv-00033-JED-CDL | Urban v. Schafer |
| 4:20-cv-00035-GKF-CDL | JCorps International, Inc. v. Charles and Lynn Shusterman Family Foundation et al |
| 4:20-cv-00068-TCK-CDL | Pierce v. Great Lakes Capital Management, LLC et al |
| 4:20-cv-00069-JFH-CDL | Ken B. Privett, PLC v. Berkley Vacation Resorts, Inc. et al |
| 4:20-cv-00101-JED-CDL | West et al v. BOKF, NA et al |
| 4:20-cv-00115-GKF-CDL | Smith v. American National Property and Casualty Company |
| 4:20-cv-00204-CVE-CDL | Gagan et al v. Western Feed Mills, Inc. |
| 4:20-cv-00244-JED-CDL | Burke v. City of Bartlesville et al |
| 4:20-cv-00245-CVE-CDL | Wallis et al v. Dave's Claremore RV et al |
| 4:20-cv-00278-JFH-CDL | Brown et al v. Kruger Family Holdings, II, LLC et al |
| 4:20-cv-00280-JFH-CDL | Merritts v. Spirit Aerosystems Holdings, Inc. et al |
| 4:20-cv-00303-GKF-CDL | Logan v. Regalado et al |
| 4:20-cv-00306-JED-CDL | Gresham v. Town of Depew, Oklahoma et al |
| 4:20-cv-00341-CVE-CDL | GWACS Armory, LLC et al v. KE Arms, LLC et al |
| 4:20-cv-00344-GKF-CDL | Jackson v. eLynx Technologies, LLC et al |
| 4:20-cv-00346-JED-CDL | Pickup et al v. District Court of Nowata County, Oklahoma, The et al |
| 4:20-cv-00362-TCK-CDL | Bailey v. Franklin et al |
| 4:20-cv-00366-JED-CDL | Moreland et al v. Board of County Commissioners of Mayes County et al |
| 4:20-cv-00374-CVE-CDL | Sanchez v. S&H Transportation, Inc. et al |
| 4:20-cv-00389-JED-CDL | Wright v. American Legion Department of Oklahoma |
| 4:20-cv-00394-JED-CDL | Phillips v. Wal-Mart Stores East, L.P. |
| 4:20-cv-00429-JED-CDL | Dicks v. Gold Wynn Red River LLC |
| 4:20-cv-00431-GKF-CDL | Rice v. Burlington Resources Oil & Gas Company LP |
| 4:20-cv-00434-JED-CDL | Saylor et al v. Boston Scientific Corporation |
| 4:20-cv-00464-GKF-CDL | Yocum v. Swindle et al |
| 4:20-cv-00474-JED-CDL | Hinshaw et al v. Padda et al |
| 4:20-cv-00479-JFH-CDL | Lane v. Honeywell International, Inc. et al |
| 4:20-cv-00497-GKF-CDL | Progressive Direct Insurance Co. v. Chad Hudgins et al |
| 4:20-cv-00532-TCK-CDL | Benson v. United Security Health and Casualty Insurance Company |
| 4:20-cv-00540-GKF-CDL | J&D Acquisitions, Inc. v. Sirius America Insurance Company et al |
| 4:20-cv-00542-JED-CDL | American National Property and Casualty Company v. Select Management Group, L.L.C. et al |
| 4:20-cv-00544-JED-CDL | Turpin v. Hurricane Express, Inc. et al |
| 4:20-cv-00545-TCK-CDL | Bond v. Sheriff of Ottawa County, Oklahoma et al |
| 4:20-cv-00547-GKF-CDL | Smithson v. KAMO Electric Cooperative, Inc. |
| 4:20-cv-00551-GKF-CDL | Umami Burgers Licensing USA, LLC v. Umami Fries, Inc. |
| 4:20-cv-00562-TCK-CDL | Friedman v City of Broken Arrow Oklahoma, The et al |
| 4:20-cv-00585-JED-CDL | Jones v. Local 798 of the United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, AFL-Cio |
| 4:20-cv-00597-CVE-CDL | Byrd v. ETX Energy, LLC |
| 4:20-cv-00610-JED-CDL | Jage et al v. Trust Company of Oklahoma et al |
| 4:20-cv-00625-CVE-CDL | Baker v. Cherokee Nation Entertainment, LLC |
| 4:20-cv-00626-TCK-CDL | Baker Hughes Services International, LLC v. Joshi Technologies International, Inc. |
| 4:20-cv-00628-GKF-CDL | Bruna et al v. Gates et al |
| 4:20-cv-00632-TCK-CDL | Wesley N. Black, DDS, PC et al v Hanover American Insurance Company et al |
| 4:20-cv-00642-CVE-CDL | Parnell v. Phillips 66 Company |
| 4:20-cv-00649-GKF-CDL | Ubiquitous Connectivity, LP v. Central Security Group - Nationwide Inc. |
| 4:20-cv-00651-JFH-CDL | Nove v. Beers et al |
| 4:20-cv-00661-GKF-CDL | Eckerd v. SSC North America LLC et al |
| 4:20-cv-00671-JED-CDL | Romer v. Wal-Mart Stores East, L.P. |
| 4:21-cv-00010-CVE-CDL | Robertson et al v. Colburn Electric, LLC |
| 4:21-cv-00022-CVE-CDL | Hennessee et al v. New Prime, Inc. et al |
| 4:21-cv-00024-CVE-CDL | Brooks v. DeJoy |
| 4:21-cv-00033-GKF-CDL | Estate of Brian Johnson v. Allstate Fire and Casualty Insurance Company |
| 4:21-cv-00039-CVE-CDL | Mike Hughes Architects, P.C. v Henning Paric Commercial, LLC |
| 4:21-cv-00047-JFH-CDL | Adamson v. Union Pacific Railroad et al |
| 4:21-cv-00058-JFH-CDL | Vietti v Welsh & McGough, PLLC et al |
| 4:21-cv-00071-GKF-CDL | 24 Our Care, LLC v. Spine Institute on the Emerald Coast, P.A., The |
| 4:21-cv-00080-JFH-CDL | Bruns v. Magellan Midstream Partners, L.P. et al |
| 4:21-cv-00096-JFH-CDL | McLaughlin et al v. Ford Motor Company et al |
| 4:21-cv-00100-GKF-CDL | Rodriguez v. Keystone Harbor, LLC |
| 4:21-cv-00109-GKF-CDL | Eyth et al v. ZTE USA Inc. et al |
| 4:21-cv-00125-TCK-CDL | Rachel Harper v. State Farm Mutual Automobile Insurance Company |
| 4:21-cv-00131-JED-CDL | Burke v. City of Tulsa, Oklahoma et al |
| 4:21-cv-00147-GKF-CDL | Whitney v. Wal-Mart Stores East, LP |
| 4:21-cv-00148-JED-CDL | Amason v. Riverside Transportation Inc et al |
| 4:21-cv-00151-GKF-CDL | Abbott v. State Farm Fire and Casualty Company |
| 4:21-cv-00154-GKF-CDL | Torrone et al v. Safeco Insurance Company of America |

## SOCIAL SECURITY CONSENTS

| | |
|---|---|
| 4:20-cv-00375-JFJ | Launius v. Social Security Administration |
| 4:20-cv-00412-JFJ | Williams v. Social Security Administration |
| 4:20-cv-00439-JFJ | Black v. Social Security Administration |
| 4:20-cv-00469-JFJ | Ulloa v. Social Security Administration |
| 4:20-cv-00516-JFJ | Emberton v. Social Security Administration |
| 4:20-cv-00558-JFJ | Thomas v. Social Security Administration |
| 4:20-cv-00575-JFJ | St Clair v. Social Security Administration |
| 4:20-cv-00582-JFJ | Nofire v. Social Security Administration |
| 4:20-cv-00606-JFJ | Loveless v. Social Security Administration |
| 4:20-cv-00634-JFJ | Holt v. Social Security Administration |
| 4:20-cv-00663-JFJ | West v. Social Security Administration |
| 4:20-cv-00678-JFJ | Risley v. Social Security Administration |
| 4:21-cv-00036-JFJ | Thomason v. Social Security Administration |
| 4:21-cv-00042-JFJ | Jackson v. Social Security Administration |

## SOCIAL SECURITY REFERRALS

| | |
|---|---|
| 4:20-cv-00313-JFH-JFJ | Pierce v. Social Security Administration |
| 4:20-cv-00342-GKF-JFJ | Donaldson v. Social Security Administration |
| 4:20-cv-00360-GKF-JFJ | Crawford v. Social Security Administration |
| 4:20-cv-00372-JED-JFJ | Miller v. Social Security Administration |
| 4:20-cv-00381-GKF-JFJ | Black v. Social Security Administration |
| 4:20-cv-00399-CVE-JFJ | Silk v. Social Security Administration |
| 4:20-cv-00415-JFH-JFJ | Salcedo v. Social Security Administration |
| 4:20-cv-00425-JED-JFJ | Walker v. Social Security Administration |
| 4:20-cv-00453-JED-JFJ | Allbright v. Social Security Administration |
| 4:20-cv-00485-CVE-JFJ | Wood v. Social Security Administration |
| 4:20-cv-00492-CVE-JFJ | Sanders v. Social Security Administration |
| 4:20-cv-00500-CVE-JFJ | Maguire v. Social Security Administration |
| 4:20-cv-00518-JFH-JFJ | Petrunak v. Social Security Administration |
| 4:20-cv-00523-JFH-JFJ | Whitfield v. Social Security Administration |
| 4:20-cv-00531-CVE-JFJ | Pickering v. Social Security Administration |
| 4:20-cv-00548-JFH-JFJ | Sampson v. Social Security Administration |
| 4:21-cv-00027-GKF-JFJ | Wilson v. Social Security Administration |
| 4:21-cv-00092-GKF-JFJ | Shatto v. Social Security Administration |

## DISCOVERY REFERRALS

| | |
|---|---|
| 4:20-cv-00449-TCK-JFJ | Stills v. Whirlpool Corporation et al |
| 4:20-cv-00451-CVE-JFJ | Kidwell et al v. Prosperity Travels, Inc. et al |
| 4:20-cv-00452-JFH-JFJ | Watts v. Freeman Health System |
| 4:20-cv-00456-GKF-JFJ | Primerica Life Insurance Company v. Sells et al |
| 4:20-cv-00468-JED-JFJ | Hemphill, LLC v. Travelers Property Casualty Company of America |
| 4:20-cv-00487-JFJ | Snider v. Premium Resolution Services, LLC |
| 4:20-cv-00498-JED-JFJ | Tay v. Oklahoma Medical Marijuana Authority |
| 4:20-cv-00499-JED-JFJ | Robles et al v. Target Corporation et al |
| 4:20-cv-00506-GKF-JFJ | Jack v. Dolgencorp, LLC |
| 4:20-cv-00528-JED-JFJ | McBryde v. Arvest Bank |
| 4:20-cv-00535-TCK-JFJ | Lanham v. Petco Petroleum Corporation et al |
| 4:20-cv-00536-GKF-JFJ | Mahadevan v. Bikkina et al |
| 4:20-cv-00550-GKF-JFJ | Stutzman v. Doe et al |
| 4:20-cv-00559-GKF-JFJ | Logisys, Inc. v. Williams |
| 4:20-cv-00561-CVE-JFJ | Bailey v. Sheriff of Ottawa County, Oklahoma et al |
| 4:20-cv-00565-TCK-JFJ | Bethea v. Bethea et al |
| 4:20-cv-00580-CVE-JFJ | ONEOK Rockies Midstream, L.L.C. v. Great Plains Technical Services Inc. |
| 4:20-cv-00581-CVE-JFJ | Griggs et al v. Switchgrass-I, LLC et al |
| 4:20-cv-00594-GKF-JFJ | Bond v. McCarthy |
| 4:20-cv-00595-CVE-JFJ | Meadors v. Independent School District No. 1 of Tulsa County, Oklahoma |
| 4:20-cv-00598-TCK-JFJ | Ibarra v. Lee et al |
| 4:20-cv-00602-TCK-JFJ | Barton v. State of Oklahoma |
| 4:20-cv-00605-JED-JFJ | Airgas USA, LLC v John Zink Company, LLC |
| 4:20-cv-00607-JED-JFJ | M&N Properties LLC v. State Farm Fire & Casualty Company |
| 4:20-cv-00612-JED-JFJ | Delia v. Osimiri |
| 4:20-cv-00630-JED-JFJ | Sivits v. Johns et al |
| 4:20-cv-00638-JED-JFJ | Beissel et al v. Western Flyer Express, LLC |
| 4:20-cv-00644-GKF-JFJ | Allstate Insurance Company v. ZTE (USA) Inc. et al |
| 4:20-cv-00650-JED-JFJ | UNUM Life Insurance Company of America v. Umdenstock et al |
| 4:20-cv-00653-CVE-JFJ | Harness v. Progressive Northern Insurance Co |
| 4:20-cv-00658-TCK-JFJ | Macy v. BAN NH, LLC et al |
| 4:20-cv-00659-TCK-JFJ | Huff v. Time Logistics, Inc. et al |
| 4:20-cv-00660-TCK-JFJ | Nickson et al v. State Farm Mutual Automobile Insurance Company |
| 4:20-cv-00669-JED-JFJ | Caudle v. Tulsa Community College |
| 4:20-cv-00670-CVE-JFJ | Evans v. UnitedHealthcare of Oklahoma Inc. et al |
| 4:20-cv-00672-GKF-JFJ | Hazlitt v. Life Insurance Company of North America |
| 4:20-cv-00677-JED-JFJ | Allen et al v. Templeman et al |
| 4:21-cv-00004-JED-JFJ | Renfroe v. Lemonade Insurance Company |
| 4:21-cv-00009-CVE-JFJ | Ohio Security Insurance Company et al v. B&B Heat & Air, Inc. et al |
| 4:21-cv-00013-JED-JFJ | Barnett v. Savage Arms, Inc. |
| 4:21-cv-00017-TCK-JFJ | Cursh et al v. Wal-Mart Corporations |
| 4:21-cv-00020-GKF-JFJ | Esparza v. National Credit Adjusters, LLC |
| 4:21-cv-00025-CVE-JFJ | Unum Life Insurance Company of America v. Jackson et al |
| 4:21-cv-00029-TCK-JFJ | Buechler v. Goheen et al |
| 4:21-cv-00032-JFH-JFJ | Burgess v. Professional Credit Analysts of New Ulm, Inc. |
| 4:21-cv-00034-JED-JFJ | Cherry v. Turtle Creek Assets, Ltd. et al |
| 4:21-cv-00037-JED-JFJ | Mitchell v. Life Insurance Company of North America |
| 4:21-cv-00040-JED-JFJ | Jodoin v. Sweet Adelines International Corporation |
| 4:21-cv-00046-JFH-JFJ | Graves v. Union Pacific Railroad et al |
| 4:21-cv-00053-CVE-JFJ | Mahadevan v. Kelkar et al |
| 4:21-cv-00054-GKF-JFJ | Colon v. Walgreen Company |
| 4:21-cv-00057-GKF-JFJ | Cornelius v. Wyndham Hotel & Resorts, Inc. et al |
| 4:21-cv-00062-CVE-JFJ | Wilson et al v. State Farm Fire and Casualty Company |
| 4:21-cv-00065-GKF-JFJ | Leatherman v. CoreCivic, Inc. et al |
| 4:21-cv-00076-CVE-JFJ | Ellis et al v. State Farm Fire and Casualty Company |
| 4:21-cv-00077-CVE-JFJ | Kirkover-Streveler v. Lincoln National Corporation et al |
| 4:21-cv-00081-CVE-JFJ | Horn et al v. State Farm Mutual Automobile Insurance Company |
| 4:21-cv-00082-JFH-JFJ | North v. AHS Bailey Medical Center, LLC et al |
| 4:21-cv-00084-CVE-JFJ | Adams v. Commonwealth Financial Systems, Inc. |
| 4:21-cv-00085-TCK-JFJ | Hampleman v. TJT Enterprises LLC et al |
| 4:21-cv-00094-JFH-JFJ | Johnson v. Life Insurance Company of North America |
| 4:21-cv-00095-JFH-JFJ | Aytes v. McWilliams |
| 4:21-cv-00097-CVE-JFJ | Wells v. Portfolio Recovery Associates, LLC |
| 4:21-cv-00098-JED-JFJ | Brown v. United States of America |
| 4:21-cv-00103-TCK-JFJ | International Brotherhood of Electrical Workers Local Union 584 v. Brent Electric Co., Inc. |
| 4:21-cv-00105-CVE-JFJ | Yang v. GEICO Casualty Company |
| 4:21-cv-00115-JED-JFJ | Allstate Assurance Company v. Zou |
| 4:21-cv-00119-TCK-JFJ | Alvarado v. National Design Build Services, LLC |
| 4:21-cv-00124-JED-JFJ | Holland v. LVNV Funding, LLC |
| 4:21-cv-00128-JFH-JFJ | G&G Closed Circuit Events, LLC v. Rendon et al |
| 4:21-cv-00130-JED-JFJ | Shamblin v. Macy's Logistics, LLC |
| 4:21-cv-00135-CVE-JFJ | Underwood v. NGL Energy Partners LP |
| 4:21-cv-00137-JFH-JFJ | Hallum v. Moore et al |
| 4:21-cv-00139-TCK-JFJ | Sanders v. Allstate Fire and Casualty Insurance Company |
| 4:21-cv-00141-CVE-JFJ | Tompkins et al v. Diamond Resorts Hawaii Collection Members Ass'n et al |
| 4:21-cv-00143-JED-JFJ | Shaw v. Grand Lake Mental Health Center, Inc. |
| 4:21-cv-00144-CVE-JFJ | PPE Supplies, LLC v. Khan Enterprises General Trading Company et al |
| 4:21-cv-00145-JED-JFJ | Busby v. BioLife Plasma Services, L.P. |
| 4:21-cv-00153-GKF-JFJ | T.D. Williamson, Inc. v. Wolf Robotics, LLC |
| 4:21-cv-00156-JFJ | Thompson v. Clymer et al |
| 4:21-cv-00157-GKF-JFJ | Brachel Marketing, LLC et al v. JJ Nuts, LLC |
| 4:21-cv-00158-CVE-JFJ | Reid v. Farmers Insurance Company, Inc. |
| 4:21-cv-00159-GKF-JFJ | Hubbard v. City of Broken Arrow, Oklahoma et al |